Adam Hauf 026702
HAUF LAW PLC
4225 W Glendale Ave, Suite A104
Phoenix, AZ 85051
P: 623.252.0742 F: 623.321.2310
admin@hauflaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**GUILLERMO CARBAJAL**<br>**NANCY NAVARRO**<br><br>Debtors. | Case No **2:16-bk-00153-PS**<br><br>A Proceeding Under Chapter 13<br><br>**NOTICE OF HEARING REGARDING FIRST INTERIM APPLICATION TO APPROVE ATTORNEYS FEES AND COSTS**<br>(11 U.S.C. § 330)<br><br>Date: **November 21, 2016**<br>Time: **1:30 p.m.**<br>Place: **Courtroom 603**<br>**U.S. Courthouse & Federal Building**<br>**230 North 1st Avenue, Suite 101,**<br>**Phoenix, AZ 85003** |

**NOTICE IS HEREBY GIVEN THAT** Adam Hauf ("Applicant"), as counsel for Debtors Guillermo Carbajal and Nancy Navarro (Debtors), has on this date filed a First Interim Application to Approve Attorneys Fees and Costs (11 U.S.C. § 330) ("Application") seeking Court approval of Applicant's total administrative fees to date in the amount of $4,500.00. Applicant received $1,000.00 from the Debtors prior to the filing of the Debtors' chapter 13 petition and is seeking an order directing the Chapter 13 Trustee to immediately disburse to him the balance of his administrative fees in the amount of

1

$3500.00. A true and correct copy of the Application is attached hereto as Exhibit "A" and incorporated herein by reference.

NOTICE IS FURTHER GIVEN that the Court has scheduled a hearing for November 15, 2016, at 10:00 a.m. before the Honorable Judge Paul Sala in Courtroom 601, U.S. Courthouse and Federal Building, 230 North 1st Avenue, Phoenix, AZ 85003.

NOTICE IS FURTHER GIVEN that any party wishing to object to the Court approving Applicant's administrative fees in the total amount of $4500.00 and, providing such payment does not prejudice the claims of other administrative claimants, directing the Chapter 13 Trustee to immediately disburse to Applicant the $3500.00 remaining balance of his administrative fees may either do so in writing prior to the date of the above-noticed hearing with the Clerk of the Bankruptcy Court at U.S. Courthouse and Federal Building, 230 North 1st Avenue, Suite 101, Phoenix, AZ 85003, or may appear and be heard by the Court at the noticed date, time and place.

NOTICE IS FURTHER GIVEN that should there be no objections to the requested Court approval of Applicant's administrative fees, the Court may grant the requested relief without further notice or hearing.

Dated this 18th day of October, 2016.

                        **HAUF LAW PLC**
BY:   /S/ Adam Hauf
         Attorneys For Debtor(S)

| | |
|---|---|
| 1 | Copy of the forgoing |
| 2 | mailed this 18th day of October, 2016, to: |
| 3 | |
| 4 | Russell Brown<br>Chapter 13 Trustee |
| 5 | Suite 800<br>3838 North Central Avenue |
| 6 | Phoenix AZ 85012-1965 |
| 7 | and |
| 8 | All parties on the Debtor's Master Mailing List, a copy of which is attached hereto as Exhibit "B" |
| 9 | |
| 10 | /s/ Max Burnett |

3

Adam Hauf 026702
HAUF LAW PLC
4225 W Glendale Ave, Suite A104
Phoenix, AZ 85051
P: 623.252.0742 F: 623.321.2310
admin@hauflaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**GUILLERMO CARBAJAL**<br>**NANCY NAVARRO**<br><br>Debtors. | Case No **2:16-bk-00153-PS**<br><br>A Proceeding Under Chapter 13<br><br>**FIRST INTERIM APPLICATION TO APPROVE ATTORNEYS FEES AND COSTS**<br><br>(11 U.S.C. § 330) |

Adam Hauf ("Applicant"), counsel for Debtors Guillermo Carbajal and Nancy Navarro ("Debtors"), on behalf of Hauf Law PLC hereby submits his First Interim Application to Approve Attorneys Fees and Costs (the "Application") incurred on behalf of the Debtors.

In support of its Application, undersigned Counsel respectfully represents as follows:

NARRATION

Background

1. On January 7, 2016, the Debtors commenced this chapter 13 proceeding.

2. This is Applicant's first application for compensation.

1

3. All services for which compensation is sought were provided on behalf of the Debtors.

4. The requested compensation is sought pursuant to 11 U.S.C. § 330.

5. Applicant originally agreed to handle the Debtors' Chapter 13 administrative case to confirmation of the Debtors' Chapter 13 Plan on a flat fee basis for a total fee of $4,500.00 of which $1,000.00 was received prior to the filing of the Debtors' chapter 13 petition.

6. The total paid thus far by the Debtors is $1,415.00 which represents $1,000.00 total paid in administrative fees and $415.00 in costs including $335.00 for the Chapter 13 filing fee and $80.00 for Debtors' credit counseling and credit reports to assist with preparation of their chapter 13 plan and schedules.

7. Applicant has no arrangement with any entity other than the Debtors to pay for the services rendered behalf of the Debtors. Applicant has not received any funds from any entity other than the Debtors for the services it has rendered on behalf of the Debtors.

8. The names of Applicant's attorneys and paralegals that have rendered the services for which compensation is requested and the hourly rate charged by each for matters billed on an hourly rate are as follows:

| Provider | Hourly Rate |
| --- | --- |
| Adam Hauf | $350.00 |
| Max Burnett | $150.00 |
| Ariel Montz | $150.00 |
| Stephanie Miller | $105.00 |

The rates charged by the above-named attorneys and paralegals in this matter are the standard rates that Applicant charges non-bankruptcy clients.

9. The fees requested are for services actually rendered in connection with the Debtors' Chapter 13 case.

10. During the Application Period, Applicant has been, and continues to be, diligent in his efforts to assist the Debtors in obtaining confirmation of their Chapter 13 Plan. Such efforts have included, without limitation, the following:

    a. Provide legal advice to the Debtors as to the rights, duties and powers of Debtors in a Chapter 13 case and as to matters arising in or related to the Debtors' administrative Chapter 13 case;

    b. Preparation and filing of the Debtors' Chapter 13 Petition and Plan, Schedules and Statement of Financial Affairs;

    c. Representation of the Debtors regarding stay relief issues including review, analysis of the issues, consultation with the Debtors and, where appropriate, the filing of a response to motion(s) for relief from the automatic stay;

    d. Representation of the Debtors regarding prospective adversary litigation issues where the Debtors have been named as Defendants including review, analysis of the issues, consultation with the Debtors and, where appropriate, the filing of a response prospective adversary litigation issues;

    e. Consultation with the Debtors regarding disposition of assets.

    f. Consultation with the Debtors regarding preparation and filing of proposed Chapter 13 plan of reorganization; and

    g. Reconciliation of Trustees Recommendations and working towards the formulation and drafting of an order confirming the Debtors' Chapter 13 Plan.

    h. Preparation and filing of this fee application.

3

11. Applicant submits this Application as its request for payment and as proof of its administrative claim for legal services advanced in this matter as an administrative expense of the bankruptcy estate. This is Applicant's first request for interim compensation.

Based on the foregoing, Applicant respectfully requests this Court enter an Order allowing:

A. Interim compensation for professional services rendered by Applicant as the Debtor's Chapter 13 counsel in the total amount of $4,500.00;

B. Directing the Chapter 13 Trustee to immediately pay the balance of $3,500.00 to Applicant for its agreed $4,500.00 total fees, providing such payment does not prejudice the claims of other administrative claimants;

C. For such further relief as is just and proper.

Dated this 18th day of October, 2016.

                            **HAUF LAW PLC**
                BY:    /S/ Adam Hauf
                            Attorneys For Debtor(S)

Copy of the forgoing
mailed this 18th day
of October, 2016, to:

Russell Brown
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix AZ 85012-1965

and

All parties on the Debtor's Master Mailing List, a copy of which is attached hereto as Exhibit "A"

/s/ Max Burnett

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:16-bk-00153-PS<br>District of Arizona<br>Phoenix<br>Tue Oct 18 09:42:09 MST 2016 | Sunwest Federal Credit Union<br>c/o Nicole S. Sandoval<br>Gust Rosenfeld, P.L.C.<br>One E. Washington<br>Suite 1600<br>Phoenix, AZ 85004-2553 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Arizona Central Credit Union<br>Arizona Central Credit Union<br>c/o Mark A. Kirkorsky, P.C.<br>PO Box 25287<br>Tempe, AZ 85285-5287 |
| Arizona Central Credit Union<br>Po Box 11650<br>Phoenix AZ 85061-1650 | Arizona Department of Revenue<br>PO Box 29070<br>Phoenix AZ 85038-9070 | Barclays Bank Delaware<br>125 S West St<br>Wilmington DE 19801-5014 |
| Barclays Bank Delaware<br>Po Box 8801<br>Wilmington DE 19899-8801 | Bby/cbna<br>50 Northwest Point Road<br>Elk Grove Village IL 60007-1032 | CMRE Financial Services<br>3075 E Imperial Hwy<br>Suite 200<br>Brea CA 92821-6753 |
| CMRE Financial Services<br>3075 E Imperial Hwy Ste<br>Brea CA 92821-6753 | Calvary Portfolio Services<br>500 Summit Lake Dr<br>Ste 400<br>Valhalla NY 10595-2322 | Calvary Portfolio Services<br>Po Box 27288<br>Tempe AZ 85285-7288 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Comenity Capital Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Comenity Capital Bank/Paypal Credit<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News VA 23606-4207 | Credit Control Corp<br>Po Box 120568<br>Newport News VA 23612-0568 |
| Experian<br>PO Box 4500<br>Allen TX 75013-1311 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls SD 57104-4868 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| LVNV Funding<br>Po Box 10497<br>Greenville SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Maricopa County Superior Court<br>201 W Jefferson<br>Phoenix AZ 85003-2243 |

| | | |
|---|---|---|
| Mark Kirkorsky PC<br>PO BOx 25287<br>Tempe AZ 85285-5287 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego CA 92108-2709 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego CA 92108-2709 |
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | PennyMac Loan Services, LLC<br>6101 Condor Drive, Suite #200<br>Moorpark, CA 93021-2602 | Pennymac Loan Services<br>6101 Condor Dr<br>Moorpark CA 93021-2602 |
| Pennymac Loan Services<br>Attn: Bankruptcy<br>Po Box 514357<br>Los Angeles CA 90051 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Professional Service Bureau<br>11110 Industrial Circle NW, Suite B<br>Elk River MN 55330-4751 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| SunWest Federal Credit Union<br>c/o Nicole Sandoval<br>One E. Washington, Suite 1600<br>Phoenix, AZ 85004 | Sunwest Fcu<br>11839 N. 28th Drive<br>Phoenix AZ 85029-3313 | TransUnion<br>PO Box 505<br>Woodlyn PA 19094-0505 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Verizon<br>500 Technology Dr<br>Suite 500<br>Weldon Spring MO 63304-2225 | Verizon<br>National Recovery<br>Minneapolis MN 55426 |
| ADAM E. HAUF<br>HAUF LAW, PLC.<br>4225 W GLENDALE AVENUE<br>SUITE A-104<br>PHOENIX, AZ 85051-8147 | GUILLERMO CARBAJAL<br>3983 N VILLAGE STREET<br>BUCKEYE, AZ 85396-3558 | NANCY NAVARRO<br>3983 N VILLAGE STREET<br>BUCKEYE, AZ 85396-3558 |
| RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012-1965 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond VA 23238 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PennyMac Loan Services, LLC          End of Label Matrix
                                        Mailable recipients   51
                                        Bypassed recipients    1
                                        Total                 52

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:16-bk-00153-PS<br>District of Arizona<br>Phoenix<br>Tue Oct 18 09:42:09 MST 2016 | Sunwest Federal Credit Union<br>c/o Nicole S. Sandoval<br>Gust Rosenfeld, P.L.C.<br>One E. Washington<br>Suite 1600<br>Phoenix, AZ 85004-2553 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Arizona Central Credit Union<br>Arizona Central Credit Union<br>c/o Mark A. Kirkorsky, P.C.<br>PO Box 25287<br>Tempe, AZ 85285-5287 |
| Arizona Central Credit Union<br>Po Box 11650<br>Phoenix AZ 85061-1650 | Arizona Department of Revenue<br>PO Box 29070<br>Phoenix AZ 85038-9070 | Barclays Bank Delaware<br>125 S West St<br>Wilmington DE 19801-5014 |
| Barclays Bank Delaware<br>Po Box 8801<br>Wilmington DE 19899-8801 | Bby/cbna<br>50 Northwest Point Road<br>Elk Grove Village IL 60007-1032 | CMRE Financial Services<br>3075 E Imperial Hwy<br>Suite 200<br>Brea CA 92821-6753 |
| CMRE Financial Services<br>3075 E Imperial Hwy Ste<br>Brea CA 92821-6753 | Calvary Portfolio Services<br>500 Summit Lake Dr<br>Ste 400<br>Valhalla NY 10595-2322 | Calvary Portfolio Services<br>Po Box 27288<br>Tempe AZ 85285-7288 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Comenity Capital Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Comenity Capital Bank/Paypal Credit<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News VA 23606-4207 | Credit Control Corp<br>Po Box 120568<br>Newport News VA 23612-0568 |
| Experian<br>PO Box 4500<br>Allen TX 75013-1311 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls SD 57104-4868 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| LVNV Funding<br>Po Box 10497<br>Greenville SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Maricopa County Superior Court<br>201 W Jefferson<br>Phoenix AZ 85003-2243 |

| | | |
|---|---|---|
| Mark Kirkorsky PC<br>PO BOx 25287<br>Tempe AZ 85285-5287 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego CA 92108-2709 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego CA 92108-2709 |
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | PennyMac Loan Services, LLC<br>6101 Condor Drive, Suite #200<br>Moorpark, CA 93021-2602 | Pennymac Loan Services<br>6101 Condor Dr<br>Moorpark CA 93021-2602 |
| Pennymac Loan Services<br>Attn: Bankruptcy<br>Po Box 514357<br>Los Angeles CA 90051 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Professional Service Bureau<br>11110 Industrial Circle NW, Suite B<br>Elk River MN 55330-4751 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| SunWest Federal Credit Union<br>c/o Nicole Sandoval<br>One E. Washington, Suite 1600<br>Phoenix, AZ 85004 | Sunwest Fcu<br>11839 N. 28th Drive<br>Phoenix AZ 85029-3313 | TransUnion<br>PO Box 505<br>Woodlyn PA 19094-0505 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Verizon<br>500 Technology Dr<br>Suite 500<br>Weldon Spring MO 63304-2225 | Verizon<br>National Recovery<br>Minneapolis MN 55426 |
| ADAM E. HAUF<br>HAUF LAW, PLC.<br>4225 W GLENDALE AVENUE<br>SUITE A-104<br>PHOENIX, AZ 85051-8147 | GUILLERMO CARBAJAL<br>3983 N VILLAGE STREET<br>BUCKEYE, AZ 85396-3558 | NANCY NAVARRO<br>3983 N VILLAGE STREET<br>BUCKEYE, AZ 85396-3558 |
| RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012-1965 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond VA 23238 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PennyMac Loan Services, LLC

End of Label Matrix
Mailable recipients   51
Bypassed recipients    1
Total                 52