# Case No 2:16-bk-00153-PS

To The United States Bankruptcy Court In & For The District Of Arizona. I Guillermo Carbajal object to the claim and request my attorney Adam Hauf from Hauf Law has made on his attorney fees. Attorney Adam Hauf has neglected my case and because of his neglect my case is in the process of being dismiss. I have called and called him to do his duty and now it has been a year since we were supposed to file and close to a year that my case has not been confirmed. He even denied that this claim was made.

**Guillermo Carbajal
3983 N Village St
Buckeye Arizona 85396
602-206-2067**

**Attorney:
Adam Hauf 026702
Hauf Law PLC
4225 W Glendale ave, Suite A104
Phoenix Arizona 85051
602-252-0742**

FILED

NOV 10 2016

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

