# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

**Minute Entry**

### Hearing Information:

| | |
|---|---|
| **Debtor:** | GUILLERMO CARBAJAL & NANCY NAVARRO |
| **Case Number:** | 2:16-BK-00153-PS     **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 06, 2016 10:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | LETICIA OROSCO |

### Matter:

DEBTORS' OBJECTION TO FIRST INTERIM APPLICATION TO APPROVE ATTORNEYS FEES AND COSTS FILED BY COUNSEL FOR DEBTORS

**R / M #:** 45 / 0

### Appearances:

SCOTT LIESKE, ATTORNEY FOR TRUSTEE
ADAM E. HAUF, ATTORNEY FOR DEBTORS
GUILLERMO CARBAJAL, DEBTOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:16-BK-00153-PS    TUESDAY, DECEMBER 06, 2016 10:00 AM

## Proceedings:

Mr. Carbajal explained the difficulties he has had with his attorney. He stated that he has documentation to support his statements. He asked that Mr. Hauf no longer be his attorney. Mr. Carbajal indicated that he wishes to continue with his case and may obtain new counsel.

COURT: THE COURT ACCEPTED THE DISMISSAL OF MR. HAUF AS DEBTORS' COUNSEL, MR. HAUF IS NO LONGER DEBTORS' COUNSEL AND THE DEBTORS SHALL PROCEED WITHOUT COUNSEL.

Mr. Lieske responded to the Court's concerns, stating that $1500 is the total amount due on December 7, 2016. He reviewed the items needed by the trustee and mentioned the settlement of the lawsuit without court approval.

COURT: IT IS ORDERED VACATING THE ORDERS ENTERED IN OPEN COURT ON NOVEMBER 15, 2016 INCLUDING THE ORDER APPROVING MR. HAUF'S FEE APPLICATION AND THE ORDER REQUIRING THE DEBTORS TO BECOME CURRENT ON THEIR PLAN PAYMENTS AND OTHER OBLIGATIONS.

IT IS FURTHER ORDERED ALLOWING THE DEBTORS 30 DAYS TO BRING PLAN PAYMENTS CURRENT AND PROVIDE COPIES OF THEIR 2015 TAX RETURNS TO THE TRUSTEE AND ANY EVIDENCE THAT THE IRS KEPT THE TAX REFUNDS.

IT IS FURTHER ORDERED SETTING AN EVIDENTIARY HEARING ON MR. HAUF'S FEE APPLICATION FOR FEBRUARY 9, 2017 AT 1:30 P.M. MR. HAUF SHALL HAVE UNTIL JANUARY 6, 2017 TO FILE A RESPONSE TO THE DEBTORS' OBJECTION WHICH WILL INCLUDE ALL EXHIBITS TO BE USED AT THE HEARING. MR. CARBAJAL SHALL HAVE UNTIL JANUARY 24, 2017 TO FILE A REPLY WHICH SHALL INCLUDE ALL EXHIBITS TO BE USED AT THE HEARING. THE COURT RECOMMENDED THAT THE DEBTORS SEEK NEW COUNSEL.

IT IS FURTHER ORDERED SETTING A CHAPTER 13 STATUS HEARING ON JANUARY 10, 2017 AT 10:00 A.M.

DATED AND SIGNED ABOVE.

Page 2 of 2

Case 2:16-bk-00153-PS    Doc 53    Filed 12/07/16    Entered 12/07/16 15:46:21    Desc
Main Document    Page 2 of 2    12/07/2016    2:44:55PM